**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7472**

---

EMORY ALVIN MICHAU, JR.,

Plaintiff - Appellant,

versus

MARY MILLER, Director of Charleston County
Board of Voter Registration; MS. RHAMES,
Institutional Mail Room Worker at Allendale
Correctional Institution; JOHN DOE; MARY ROE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Solomon Blatt, Jr., Senior District
Judge.  (CA-97-302)

---

Submitted:  January 22, 1998        Decided:  February 4, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Emory Alvin Michau, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Michau v. Miller</u>, No. CA-97-302 (D.S.C. Sept. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>